UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

MANUEL ARTURO URIAS-CHAVEZ,
A221-503-691

                Petitioner,

    v.

WILLIE THOMAS, Warden,
Irwin County Detention Center

                Respondent.

Case No. 7:26-cv-139-WLS-AGH

**NOTICE OF DISMISSAL**

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and this Court's May 4, 2026 order, [Doc. 2 at 2], petitioner Urias-Chavez voluntarily dismisses this action after the immigration bond hearing held on May 11, 2026. *See* [Doc. 5-1] (IJ order granting bond).

## PRAYER FOR RELIEF

WHEREFORE, Petitioner prays that this Court grant the following relief:

    a.    Dismiss the above-styled action.

    DATED this 27th day of May, 2026.

SO ORDERED this 28th day
of May, 2026

W. Louis Sands, Sr. Judge
United States District Court

*/s/ Matthew K. Winchester*
Matthew K. Winchester
Georgia Bar No. 399094
Garland Law Building
3151 Maple Drive, NE
Atlanta, Georgia 30305
T: (678) 517-6894
E: K.Winchestercb@gmail.com

*/s/ Uriel N. Delgado*

Uriel N. Delgado
GA BAR 832306
Delgado Law Firm LLC
6050 Peachtree Pkwy, Suite 240
Box 200, Norcross, GA 30092
T: (770) 815-7597
F: (678) 819-4410
E: uriel@delgadolaw.law

*Attorneys for Petitioner*

PETITION FOR WRIT OF HABEAS CORPUS - 1

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and accurate copy of the foregoing NOTICE upon counsel for the government, Hon. Michael R. Morrill, by filing the same with the Court's CM/ECF service, which automatically sends a file-stamped copy to all counsel of record.

Respectfully submitted this 27th day of May, 2026.

/s/ Matthew K. Winchester
Matthew K. Winchester
Georgia Bar No. 399094
Habeas counsel for Urias-Chavez

PETITION FOR WRIT OF HABEAS CORPUS - 2